FILED
CLERK, U.S. DISTRICT COURT

6/17/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHAEL YELVERTON, on behalf of himself and other similarly situated non-exempt former and current employees,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01827 PSG (PJWx)<br><br>Assigned for all purposes to the Honorable Philip S. Gutierrez, Courtroom 6A, 6th Floor<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: January 28, 2019 |

("PROPOSED" is struck through)

# [~~PROPOSED~~] ORDER

Having considered the Stipulation and Declaration of Brandon J. Sweeney, and finding good cause exists, it is hereby ORDERED that the class action causes of action against Defendant FEDERAL EXPRESS CORPORATION are hereby dismissed and the entire action is hereby dismissed with prejudice as to all parties and its entirety; each party to bear his/her/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: 6/17/2020

PHILIP S. GUTIERREZ
_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

5
JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV. P.
41(a)(1)(A)(ii);[PROPOSED] ORDER